UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AYEISHA S. SWEATT,<br><br>        Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | 21-CV-1472 (ALC)<br><br><u>**ORDER**</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

   In accordance with the Court's January 7, 2022 Order of Service and Scheduling Order, Plaintiff Ayeisha S. Sweatt's deadline to respond to Defendant's Motion for Judgment on the Pleadings was 60 days after the motion was filed. (*See* ECF No. 4.) Defendant filed its motion on August 5, 2022 (ECF No. 14), making Plaintiff's deadline for her response October 4, 2022. To date, Plaintiff has not filed a response. Accordingly, the Court will *sua sponte* extend Plaintiff's deadline to respond to the motion to **February 3, 2023**.

   The Clerk of Court is respectfully requested to mail a copy of this order to the *pro se* Plaintiff.

Dated: January 5, 2023
     New York, New York

                        **ANDREW L. CARTER, JR.**
                        **United States District Judge**